IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00040-DME-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DELL LLOYD ROMARY,

    Defendant.

## MINUTE ORDER

**HONORABLE DAVID M. EBEL**

    A Probation Violation Hearing is scheduled for Defendant Dell Lloyd Romary to occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado, on **November 1, 2012**, **at 10:00 a.m.**

    DATED:  October 16, 2012